FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 2 2 2020 ★

BROOKLYN OFFICE

OCT 2 2 2020

PRO SE OFFICE

20-CV-5111

VITALIANO, J.
BLOOM, M.J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Donald Graves

Write the full name of each plaintiff.

No. _____

(To be filled out by Clerk's Office)

-against-

U.S. Government
Rikers Island; Sing Sing;
Bellevue Hospital; mid-Hudson; Dr. Seltzer Attica
Psyche Hospital; Marcy Psyche Hosptl   max Prison

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: ___Fifth Amendment, Punished for same Crime twice.___

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| First Name | Middle Initial | Last Name |
|---|---|---|
| Donald | | Graves |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

___2676-2018, 096-096-2019, NYSID: 1412001415___

Current Place of Detention

___09-09 Hazen St. Elmhurst St. Kew Garden 1137___

Institutional Address

___0909 East Elm hurst, St, Kew Gardens 11370___

County, City                    State              Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**    DR        SELTZER

First Name                    Last Name                    Shield #

DOCTOR, PsychiatRist

Current Job Title (or other identifying information)

ATTICa Maximum State PRison

Current Work Address

County, City                    State                    Zip Code

**Defendant 2:**    Mathew        D'Emic

First Name                    Last Name                    Shield #

Judge

Current Job Title (or other identifying information)

320 Jay St

Current Work Address

Kings        New York        11216

County, City                    State                    Zip Code

**Defendant 3:**                P.O. Black  SPO  Johnson

First Name                    Last Name                    Shield #

P.O. S.P.O.

Current Job Title (or other identifying information)

MANhaTTan VI AREa offce, 314 West 40th St

Current Work Address

New York, N.Y. 10018

County, City                    State                    Zip Code

**Defendant 4:**

First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                    State                    Zip Code

Page 3

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| OCT 11th, 2020 | Mr. Graves, Donald |
|---|---|
| **Dated** | **Plaintiff's Signature** |
| Donald | Graves |
| **First Name**          **Middle Initial** | **Last Name** |
| 09 - 09 Hazen St. | |
| **Prison Address** | |
| Elmhurst. Kew Gardens N.Y.   11370 | |
| **County, City**          **State** | **Zip Code** |

Date on which I am delivering this complaint to prison authorities for mailing: 10 - 11 - 2020

Page 6

In The United States of America,

Law Suit And Complaint of: One, MR. GRAVES, Donald Age 60 years old. "a Black man." Home Address: 997 Dekalb Avenue, Apartment 2G, Brooklyn, New York City, Zip Code 11216.

Plaintiff: One, MR. GRAVES, Donald is herein Confronting a Harsh and Immoral Case of: "Double Jeopardy imposed upon him or me by the United States Government, it's People and, their Employing Businesses, Hospitals, Mid-Hudson, Marcy Central Psychiatric Hospital (s), For Falsely Accusing me of suffering From some sought of mental illness, (schizophrenia, and. Psychotic. Dis·order. which is the Result of my being unlawfully and inhumanly subjected to an Immoral Tweenty Five To Life term of False imprisonment dating back to the year of 1983-1984. Starting at Attica. Maximum State Prison... Din No:# 84-A-2965 84-A-2965. In Reference to a seven court Felony Murder Conviction which was Lawfully Dis-missed by the United States Court of Appeal (s). on Appeal during the year of 1987, AT which Time, I, one, MR, GRAVES, Donald, was Released From Greene Haven Maximum State Prison, and Place on Parole which ended In march, 10th during the year 1992!! A Five million Dollar...

... Law suit was supposed to have been endorsed in connection with the dismissal of The seven count Felony Indictment and it's 1987 Law Suit and dismissal of the 1984, 84-A-2965, murder conviction (s)?! on Appeal!

To date, I, one, mr. Graves Donald, age 60, sixty years old, a Black man, have NOT Received any of the Five million dollar Law suit Filed in connection to the 1983-84, Felony murder Indictment, Dismissal, and, Endorsement By Judge, Quigley, 1987 was The year of the Law suit Judge Quigley is known To have endorsed it. However, Today, and Date, July 4th, of the year(s) Two Thousand Tweenty, I, one, MR. Graves, Donald, age, 60, a Black man, have NOT received a single penny of such a Law Suit Yet! "I, hereandnow, demand that, I, one, mr. Graves, Donald, Be, Granted immediat-ely" the Five million Dollars won in The Law suit endorsed by Judge, Quigley to me. one, mr. Graves, Donald, during the year(s) of: "1987"! A Law suit that challenged and defeat-ed a Seven count murder conviction that sentenced me To Tweenty Five To Life imprisonment... Indictment #84-A-2965, Ronald H. Aiello, Sentencing Judge!!

Page (3) of Law Suit.

In giving the situation more thought, The 1987 Law Suit which was endorsed, By Judge, Quigley. It would probably be correct to say Judge, Quigley is a District Court Judge, ! Not that it Prevented him From endorsing the law suit ?! It's simply wondered where is it he sent, or, when is it he plan to send me my won money of Five million Dollars !! New Case: 2676-2018!

Case of: Owe, Mr. Graves. Donald, age 60. Sixty For the amount of Five ~~hundred~~ Million Dollars American cash in Reference To several cases unlawfully used to impose me To An unlawful Prison Sentence of owe To Three years imprisonment and, an unlawful Parole Program which unlawfully is expected to Last or, extend From The year of: 2016-2018-To: 2030, For a misdemeanor Infraction: CPLR. 240.75, "CPLR. 215.50" that, I've already served an incarcerated confinement Term of one year, The maximum amount of confinement Time I, or, any citizen of the United States American Government can do upon Being Found Guilty and Convicted in a court of Law by Licensed Judge here in The United States of America !!!

New Case, Case of: 2676-2018...

1) Unlawful Imprisonment whereby, I, one, Mr. Graves, Donald, was unlawfully made to serve a one to three year prison bid in Sing Sing maximum State Prison for a misdemeanor infraction in which law only allows or, permits there to be a year of incarceration or, confinement served..." Maximum! Nevertheless, I, one, Mr. Graves, Donald, was unlawfully made to do a period of seventeen months in Sing Sing maximum state prison from which time began April 26st 2018. Which resulted in an unlawfully imposed conditional release and, parole treatment program that started March 27, 2019/2020,

I was unlawfully placed under the said parole supervision of parole officer, Black, and, officer, Johnson, whom unlawfully worked out of the Assigned Bureau of Manhattan VI, 314 West 40th Street, NY. NY. 10016, whereby, I, one, Mr. Graves, Donald, Am a resident of Brooklyn. Bedford Styuesant... The Borough in which the case is said to have originated, However, there exist no record or, documents of this case, ever being before a criminal court Judge located at: 120 Schermerhorn Street.

... Brooklyn, NY. 11201. New York State Courts, Criminal Court, County of Kings! 11201.

For, There is no way a misdemeanor Infraction that was never introduce As a Crime in a Criminal Court. Be entertained By a Supreme Court Judge: Judge. D'emic, mathew W. who Falsely and, Unlawfully Attempt to change the misdemeanor into a Felony charge Which unlawfully is Suggested By the said Defense Lawyer: Dane. Fiorvante. The, District Attorney, both of whom don't Register in the United States Court Guide - City, State, and Federal Courts Unified Court System, and, Administrative Board of Courts

Such makes This entire case "Bogas", "False" a Lie and Forgery and it's indulging Participants a bunch of imposters," Phonies", Un-Licensed illegitimate "Perpetraitors", Impersonators"... Spies... Foreign Agents... Terrorists?!? If this is Not True, You. The President of The United States of America will Grant me the Fifteen Million Dollars that, I, one, Mr. Graves, Donald. demand Be awarded me here in This Law Suit and Complaint, and, order That I Be Released From My Presently Held captive/ Hostage Situation here on Rikers I.S.

Page (6)

... and, allowed to go home to my wife whom I Love very much!

Again, I, one, Mr. Graves, Donald, age 60, a Black man am being held unlawfully on Rikers Island in a Dorm Area, in which I'm more than sure, can't be for. Adult men with mis-demeanor infraction, nor, felony charges or any form of charges whatsoever,

For, Adult men in confinement are suppose to be on galleries or teirs housed in one man cells!!! Nothing Else! So Please, Free me of This insane and inhumane Punish--ment I'm presently being exposed to unlawfully and, Immorally!!?

Most Important is The Fact that I'm being held on Riker Island AMKC whereby I was unlawfully transferred From Manhattan Correctional Facility in the middle of the night Without being finger printed... "Nor" was I Taken a Picture of, or, Given a Picture Ident--ification card to wear on my clothing around The Facility that, I'm not allow Privilege to move about! I'm also made to wear Tan Clothing which does not have Button or Zippers as Adult men Prisoners clothing is suppose to have, just as they are suppose to be all Greens w Laceup Boots

..."With Lace-up Boots and sneakers", not, slip-on sneakers, and, or, strap close sneakers." In my view, the clothing I've received here at Rikers Island is for, either, women or, some sort of Trans-Gender?? some kind of mixture of male and female gender in which I, one, Mr, Graves, Donald, age, 60, a Black man am not!!! Therefore, I, one, Mr. Graves, Donald, demand that, you order I be released from this insulting hostage situation in which my wife, of ten or more years today and date, Mrs. Adell, Lavern, Chance, Graves, has mis-guidedly wrongfully, blindly allowed her let so-called friends talk her into falsely locking me up for immoral sexual or perverted Excuses! Not! Because I have harmed her in any form or fashion..." mentally, nor, physically!! Besides I paid rent to Mr. Virgil, Chance, man of the apartment..." Not" Adell, or, Lavern, Chance,

She is or was only acting to impress a bunch of jealous individuals she mis-takendly thought was or were her friends! A total lie, for, they all are constantly trying to destroy the one and only love affair she has ever known! I know, that's why her so-called friends are always trying to turn her against me by lying to her about me...When they know she know different!

From: One, Mr. Graves, Ronald, Age: 60
A Black man! Unlawfully Imprisoned!
Rikers Island, AMKC, mode 12, Bed 10,/ Dorm 12
NYSID:# 0438(748H - DIN #, 19A3033,
LOCTN: AMKC! Plain      Book & Case # 14/2001415

OLd
Stupid!

"IF"?
They can't except you being happy!!

Leave Them Alone!
I guarantee, you'll Find yourself
To Be aLoT happier"
aLoT, more!
OFFer!
With me at That!
You and I alone!
TRY it and
See
"Housing Area!"
TRY! US!

Case 1:20-cv-05111-ENV-LB   Document 1   Filed 10/22/20   Page 13 of 25 PageID #: 13

Beyond being unlawfully imprisoned, Whereby, I'm now incarcerated or confined for this same charge CPLR. 215.50, Law Demands that, I, one, mr. Graves, Donald, Be Released from my Present Confinement here on Rikers Island, for, Whereby my wife mrs. Adell, Lavern, Chance, Graves, has never filed any criminal charges against me regarding this charge Said to date Back to the year of 2016 and carry a maximum confinement Penalty of one year!

I, one, mr. Graves, Donald, age 60, a Black man should Be Granted Immediately the Five million dollars demanded In American Dollars Whereby the year 2016 and the maximum amount of confinement Time Allowed This charge or infraction; one year! and Todays Present day July year(s) of 2020 In which there is an immoral attempt to Recycle and Recharge and or, imprison me for a charge I've already served Time for breaks The Law. The same as it violates my Constitutional Amendment Rights. Several different ways!!! Reward and Release is demanded Lawfully!!!

In The United States
of America

(1)

"Law Suit And Complaint"

Do Be Advised, That, I one, Mr. Graves, Donald,
Do File this Law suit and complaint against the
United States of America, its Court Systems, Prison
Systems, and, Hospitals... Medical and Mental
Departments !!.. For the Following Reasons;' and,
or constitutional Amendment Rights violations:

1. False And or Unlawful Imprisonment.'Hospitalizin

During the years of 1983, through the present
years of 2020, I, one, Mr. Graves, Donald, of
Black origin, age: 60 years old, was unlawfully
charged with a seven       count Felony murder

Indictment... charged and, sentenced to A term
of Twenty Five to Life Imprisonment In which
I, one, Mr. Graves, Donald. now age 60 years old,
Appeal... Resulting In All the charges Being
Dismissed whereby the I was not found guilty
of the Greater charge of murder !!!.

Along with this appeal, I, one, Mr. Grave.
Donald, also Filed a Five million Dollar Law
suit which was said to have Been endorsed
By one Judge, Quigley of the United States
District Court !? Federal Court !? Appeal Court?
Supreme Court !? Criminal Court !? In Any
Event, The seven count murder conviction was
over-Turned, and, I, one, Mr. Graves, Donald, was
Freed of A Falsely imposed Four count murder convictio



# NEW YORK CITY DEPARTMENT OF CORRECTION
## SOCIAL SERVICE SLIP

| FACILITY : | UNIT: |
|---|---|
| DATE: | |

NAME: _____

BOOK & CASE:_____

**SERVICE REQUEST:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**SERVICE RENDERED:**

*EMPLOYEE SIGNATURE:*
*DATE:*

"First of all, my being at the Chance Residence is Totally Legal whereby I Rented a Room from mr. Chance and he was my Drinking Buddy!"

Second, I was asked by mr. Chance to take care of his Daughter... Adeh.Chance.

Therefore, I had/have every Right to be at the apartment DOOR of The Chance Family. For, it's very much my apartment as it is anyone Elses..."By Law."

"The Districts Attorney's Pursuit For a Criminal Contempt charge is Totally difective."... Force of hand whereby he has denied me all Contact and communication with my wife."

I Further Find the D.A's use of my medical Records an abuse of my constitutional Rights whereby They have mis-diagnosed me and subjected me to unhealthy Treatment! "How.?

"How? 1) They have Forced me to take Drugs that often expose me to having Physical Cramps, Head aches, mixed thoughts or confused thoughts; causes me to become Tongue Ties, ect. ect. Their holding me Confined in isolated Mental health Housing is very much Kidnapping...isolated Housing! Their court order is a Forgery, NON-Realistic.

I Received a Letter, informing me that the Din number to my case had changed, something I Find To Be Terribly illegal and Reason to Grant This case in Favor of The Plaintiff."

Furthermore, every time I'm confronted by law enforcement, or court matters, I'm forced to take Psychological Evaluation due to a mis-diagnosis... Rendered upon me By In the year 1984 By one Dr. Seltzer which stated that I was schitzophrenic and suffering Psychotic Disorder!" Such a diagnosis was Rendered Because I attempted to kill myself which was the Result of The supreme court Justice, Ronald, Aiello sentencing me to a Term of Tweent Five to Life imprisonment in which I One, Donald, Graves was Not willing to do at The age of Tweent Four. Upon submitting an appeal. Reversal of the case Resulted in my Being offered a 12 to 24 year Burglary Ple Bargan. in which I accepted. Case Numbers: 84-A-2965 Accepted For the Purpose of Gaining ones Freedom.

Whereby I Proved this case Not To have any valid Grounds or Foundation To establish a Felony charge, or means For building a mental Healt Problem. Where they Both Lack evidence To explan their Tresspassing; No evidence No Case... into my Life I one Donald Graves, Do, herein and hereby demand that I Be Awarded the money amount of #15 million dollars Cash American Dollars, or, check, and Released a Free man to go home to my wife Mrs. Adel, chance, Graves, Immediately." To the Government and State, No murder weapon; No Body; No Complaining witness in case For order of Protection. Ask For entire case To Be Dismissed! Where case of 1987 appeal and Law suit case was won Plaintiff Demand Award Be Granted him, case of Judge "Quigley". Law suit That accompanied "Appeal".

(2)

Indecemeber, the Year 1970 2982!!!

Whereby the murder conviction. was dismissed
and, The Law suit endorsed, I, one, Donald, Graves.
should have been aworded the Five million Dollars
which was Endorsed By Nudge Quigley." YeT, ~~I have~~
~~not~~ To this Day and DaTe "/.... ~~June 29th~~ July 4th
2020, I, one. MR Graves. Donald, have not Received
A single Penny of the money won in The Law suiT
ThaT Accompanied, my seven counT Felony indicTmenT
and conviction which was dismissed on Appeal

Case of: Ronald. J. Aiello. 1983-1984-2965 84-A
Appeal Case of: Nudge, Quigley, 1984-1987-1992
Being the Year In which I was Unlawfully
Paroled ~~to a ManhaTTan Parole officer. P.O. Black~~
~~where~~ whereby the Felony murder was dismissed
??? FurThermore, my ConsTiTuTional
Amendment RighTs were, and, are Being violaTed,
Whereby I have as a ResulT of This or These
Felony charge(s) Been FalseLy LaBeled as having
some soughT of menTal Illness, slandered in
name and InTelligence and, unlawfully Forced To
Take PsychoTrophic Drugs By GovernmenTal HospiTal
Employees or. Doctors. which has ResulTed In
my suffering very Damaging Physical Body
Injuries!!! Ever since the Doctors of the UniTed
states HospiTal system have slandered my Good
Name, I've experienced noThing BuT Unlawful

Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Oh, freedom, won't be long

Source: LyricFind
Songwriters: Lonnie Rashid Lynn / Robert Andre Glasper / Emmanuel Karriem Riggins
Letter to the Free lyrics © Kobalt Music Publishing Ltd., BMG Rights Management

(3)

Mental Hospitalizations and Demands to Participate in unneccessary Psychiatric-Med Medical, Drug, Alcoholic, Treatment Programs in which I, One, Mr. Graves, Donald, of 60 years old of age DONOT Need!

Such demands are Total insults, and, They all violate my constitutional Amendment Rights of the United States, and, I, one, Mr. Graves, Donald, Herein and now, Demand By Law that Such Treat Harsh and Immoral, Un-civilized Treatment and Unlawful Actions, uncivilized Actions, Behavoor,s, Be dis-continued Towards me, and, I One, Mr. Graves, Donald, Be awarded The monetary / money Amount of Five Hundred Billion Dollars cash American Dollars For having sufferred enormous Physical and mental Pains at the hands of the American Government, and, It's, Prison and Hospital System(s) and, It's employers, Employees working Therein!!! I Further demand To Be Released From an unlawful Form of servitude, imprisonment and, Allowed to go Free of such harsh enslavement, imprisonment Now Being held to or in, on Rikers Island, Module 12 OR, Dorm 12 whereby the housing Area has approximately Forty steel Beds in one Big Bed room, A Recreation and or Television Room, and, a Bath Room which Does NOT have any Urinals For men!! The Uniforms are Tan, THey donot Have Pockets on the Clothings Pants or Shirts!! Nor, Do The Shoes and sneakers Have strings No Belt!

Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Freedom (freedom)
Freedom come (freedom come)
Hold on (hold on)
Won't be long (won't be long)
Oh, freedom, won't be long

Source: LyricFind
Songwriters: Lonnie Rashid Lynn / Robert Andre Glasper / Emmanuel Karriem Riggins
Letter to the Free lyrics © Kobalt Music Publishing Ltd., BMG Rights Management

From: Mr. Graves, Donald
09-09 Hazen St, 11B Hsng Unit.
East Elmhurst, 11370
Facility: G.R.V.C.

USMS

United States District Court
Eastern District, Brooklyn,
225 Cadman Plaza East
Brooklyn, N.Y. 11201
Date: Oct. 12th, 2020.



